UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § | CRIMINAL NO: |
| vs. | § | EP:14-CR-02017(1)-KC |
| (1) Felicia Waller | § § § | |

## GOVERNMENT'S EXHIBIT, Page 1

| Exhibit | Description | Date Admitted |
|---|---|---|
| 1 | Consent to Search | 4/8/15 |

## CONSENT TO SEARCH

THE STATE OF TEXAS                    CASE NUMBER 14-268237

COUNTY OF EL PASO

5-27-80

I, FELICIA VALLER, having been informed of my constitutional right not to have a search made of the premises hereinafter mentioned without a search warrant and of my right to refuse to consent to such a search, hereby authorize EL PASO POLICE DEPARTMENT OFFICER RAMOS/OFFICER GRANADOS and OFFICER ST LOUIS/OFFICER IBARRA, TAC II (NERC),
(names of officers or agents)         (title of officers or agents and name of agency)

to conduct a complete search of my PREMISE, located at 10728 TEXARKANA
(premises or vehicle)

These (officers or agents) are authorized by me to take from my PREMISE, any
(premises or vehicle)

letters, papers, materials or other property which they may desire.

This written permission is being given by me to the above name persons voluntarily and without threats or promises of any kind.

Signed this 25th day of September, 2014.

[signature]

WITNESSES:

C. Granados #2567

[signature] 9/7/93

GOVERNMENT EXHIBIT 1
PENGAD 800-631-6989